UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAWRENCE RICHARDSON<br><br>    Plaintiff,<br><br>vs.<br><br>FAMOUS BOURBON MANAGEMENT GROUP, INC. AND FIORELLA'S ON DECATUR, INC., D/B/A JAZZ CAFÉ, FIORELLA'S CAFÉ AND BEERFEST.<br><br>    Defendants. | CIVIL ACTION NO.: 15-5848<br><br>SECTION: H<br>JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE: 3<br>MAGISTRATE DANIEL E. KNOWLES, III |

### MOTION TO CONTINUE DISCOVERY DEADLINE AND FOR REQUEST FOR STATUS CONFERENCE

NOW INTO COURT through undersigned counsel comes Plaintiff, Lawrence Richardson, who submits the following Motion to Extend Discovery Deadline and Request for Status Conference. For the reasons discussed in detail in the attached memorandum in support, despite Plaintiff's best efforts, dating back to the date of the Scheduling Conference in this matter, due to Defendants' abject refusal to participate in the discovery process, Plaintiff's has been unable to obtain even the most basic information necessary to proceed with his claims. Plaintiff currently has a Motion for Contempt and Motion for Sanctions pending before Magistrate Judge Knowles regarding these matters. However, because Defendants have delayed, ignored court orders, and failed to participate in the discovery process, most recently by failing to produce a corporate representative or representatives for deposition with any knowledge regarding most of the designated deposition topics (despite being fully aware that other persons did have the requisite knowledge), Plaintiffs request that the discovery deadline be continued

for 28 days, until September 7, 2016, to afford Plaintiff a chance for his motions before Magistrate Judge Knowles to be heard and defendants corporate depositions to be taken with witnesses knowledgeable of the topics identified and to allow time for some follow up discovery, if necessary. Plaintiff does not believe that allowing this brief extension of time will necessitate moving the trial date in this matter or otherwise unduly delay these proceedings.

Given Defendants' refusal to acknowledge and participate in this litigation in a meaningful manner, Plaintiff also requests that the Court set a Status Conference so that the parties may discuss their ongoing issues with the Court.

WHEREFORE, Plaintiff prays that his Motion to Continue Discovery Deadline be granted and that a Status Conference in this matter be set.

Respectfully Submitted,

  /s/ Mary Bubbett Jackson
Jody Forester Jackson, (La. Bar No. 28938)
Mary Bubbett Jackson, (La. Bar No. 29110)
**JACKSON+JACKSON**
201 St. Charles Avenue, Suite 2500
New Orleans, Louisiana 70170
T: (504) 599-5953
F: (888) 988-6499
E: jjackson@jackson-law.net
   mjackson@jackson-law.net
*Attorneys for Plaintiff and the FLSA Collective Action Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above document has been served counsel of record electronically via this Court's CM/ECF system this 9th day of August, 2016.

  /s/ Mary Bubbett Jackson