UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE RICHARDSON, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 15-05848**<br>**C/W: 17-1093**<br>**RE: 17-1093** |
| **FAMOUS BOURBON MGMT GROUP, INC., ET AL** | **SECTION: "H"(2)** |

## ORDER

Before the Court is a Motion to Conditionally Certify FLSA Collective Action and Facilitate Notice Under 29 U.S.C. § 216(b) filed by Plaintiff Adam Weber on behalf of himself and others similarly situated (Doc. 256). Plaintiff asks the Court to conditionally certify a class to proceed as a collective action consisting of:

> All persons employed by Defendants since December 2014 who were paid on a "day rate" basis but were not paid at a rate equal to or higher than the federal minimum wage rate and/or who were not paid at an overtime rate of one and one-half times their hourly rate of pay for each hour worked in excess of 40 per week in violation of the Fair Labor Standards Act, 29 U.S.C. 201, et seq. ("FLSA").

In addition to certification, Plaintiff requests: (1) approval of Plaintiff's proposed written notice to all potential collective action members; (2) an order requiring defendant to produce names and addresses of all potential collective action members within two weeks of the signing of the order for notice

purposes; and (3) authorization to send their proposed notice and opt-in forms to potential collective action plaintiffs.

Defendants do not oppose the substance of the Motion, but argue that the opt-in period should be limited to 90 days and that Defendants be given 30 days to produce the requested class contact information. Plaintiff consents to the modifications. Accordingly;

**IT IS ORDERED THAT** Plaintiff's Motion is GRANTED and the FLSA Collective Action is hereby conditionally certified.

**IT IS FURTHER ORDERED** that the proposed Notice and Opt-In Forms are hereby approved, with the caveat that the time period to respond shall be 90 days.

**IT IS FURTHER ORDERED** that Defendants must provide a list of all the last former known addresses of all current or former employees who may be members of the collective class to counsel for Plaintiff within 30 days of the date of this Order.

**IT IS FURTHER ORDERED** that all Opt-In Forms must be filed on the record within 90 days of the date Notice is sent.

New Orleans, Louisiana this 29th day of June, 2018.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**